**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DARRELL HOWARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:23-cv-00486** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **JOHN DOE et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 27) recommending this action be dismissed without prejudice for failure to effect service of process under Federal Rule of Civil Procedure 4(m), noting that more than eight months had passed since he initiated this action and Plaintiff has not initiated service on CO Alias Haagenson or the John Doe defendant.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 27 at 3). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Report and Recommendation. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE